

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2017

No. 04-17-00049-CR

Michael **CASTILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR11902
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Appellant's Motion for Extension of Time to file brief is hereby GRANTED. No Further Extensions absent extraordinary circumstances. Time is extended to August 30, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk